
FILED

JUN 12 2019

Clerk, U S District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| MARK R. BARRETT,<br><br>                      Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>                      Defendant. | No. CV 11-143-BLG-SEH<br><br>ORDER |

On May 28, 2019, Magistrate Judge Cavan issued his Findings and Recommendation[1] as to Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b)(1).[2] No objection to the Findings and Recommendation were filed.

No review is required of proposed findings and recommendations to which no objection is made.[3] The Court nevertheless will review Judge Cavan's Findings

---

[1] Doc. 35.

[2] Doc. 29.

[3] *Thomas v. Arn*, 474 U.S. 140, 149-152 (1986).

and Recommendation for clear error.

Upon review, the Court finds no clear error, and accepts and confirms Judge Cavan's Findings and Recommendation on Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b)(1).[4]

ORDERED:

Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b)(1)[5] in the amount of $46,000 is GRANTED.

DATED this 12th day of June, 2019.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 29.

[5] Doc. 29.